Certificate Number: 05781-WAW-DE-041495972

Bankruptcy Case Number: 26-13132

05781-WAW-DE-041495972

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 28, 2026, at 1:03 o'clock PM PDT, Charles Sr completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: September 28, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President